**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

JOHN DIELEUTERIO, )
                                             )
       Plaintiff, )
                                              )
        v. )       C.A. No. N23C-01-057 VLM
                                            )
MICHAEL CANNON and CANNON )
NEVADA d/b/a MAIN LIGHT, LLC, )
                                              )
       Defendants. )

## <u>ORDER</u>

Upon consideration of Defendants' Motion to Reconsider ("the Motion") and the responses hereto,[1]

IT IS HEREBY ORDERED that the Motion is **DENIED**. Defendants do not identify any controlling precedent or legal principle that this Court overlooked, nor do they demonstrate the Court misapprehended the law or facts in a way that would affect the outcome of its decision.[2]

---

[1] D.I. 70, 72.

[2] *Cummings v. Jimmy's Grille, Inc.*, 2000 WL 1211167, at *2 (Del. Super. Aug. 9, 2000).

1

The Court has reviewed the Proposed Response to the Second Motion to Compel attached to this Motion.[3] Considering the Response on its merit, the Motion to Compel remains granted.

**IT IS SO ORDERED.**

*/s/ Calvin Scott*
Judge Calvin L. Scott, Jr.

---

[3] *See* D.I. 70, Ex. A.